UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**GILCO CONSTRUCTION COMPANY**

**VERSUS**

**FALCON HOLDINGS MANAGEMENT, LLC, et al**

**CIVIL ACTION**

**NO. 20-37-JWD-SDJ**

## OPINION AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 20, 2021 (Doc. 19), to which an objection was filed and considered (Doc. 20),

**IT IS ORDERED** that, sua sponte, this matter is REMANDED to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana, on October 12, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

19th JDC Certified